■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN P. DALTON, Appellant. [629 NYS2d 86] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered March 2, 1993, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that the trial court erred by refusing to admit into evidence a tape recording of a 911 telephone call that the defendant placed minutes after the shooting, since the record indicates that he had "the time to reflect and possibly fabricate a story" *(People v Wilson,* 123 AD2d 457, 458; *see, People v Sostre,* 51 NY2d 958). Accordingly, the recording was not admissible into evidence as either an excited utterance or a present sense impression.

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80).

We have reviewed the defendant's remaining contentions and find them to be without merit. Miller, J. P., Altman, Goldstein and Florio, JJ., concur.